**DISMISS and Opinion Filed May 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-94-01114-CV

### DALLAS COMMUNICATORS, INC., Appellant
### V.
### DAVID COOK, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 93-5868-E**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Nowell
Opinion by Justice Bridges

We reinstate this appeal as the bankruptcy which prompted our abatement of the appeal in 1994 has been closed. *See* TEX. R. APP. P. 8.2, 8.3. Although the bankruptcy was closed in February 1998, neither party informed the Court. *See id.* 8.3. The Court learned the bankruptcy was closed while conducting an independent review of the federal Public Access to Court Electronic Records (PACER) system in March 2019.

By letter dated March 14, 2019, we informed the parties that we had learned the bankruptcy case was closed and would dismiss the appeal for want of prosecution or for failure to respond to a Court order or notice from the Clerk of the Court unless any party gave cause as to why it should not be dismissed. *See id.* 42.3(b),(c). To date, neither party has responded.

This appeal has been abated over twenty years, although it could have been reinstated in February 1998 and prosecuted to completion long before now. Having given the parties an opportunity to show cause why we should not dismiss the appeal and having received no response, we dismiss the appeal. *See id.* 42.3(b),(c).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

941114F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DALLAS COMMUNICATORS, INC., Appellant

No. 05-94-01114-CV          V.

DAVID COOK, Appellee

On Appeal from the 101st Judicial District Court, Dallas County, Texas
Trial Court Cause No. 93-5868-E.
Opinion delivered by Justice Bridges, Justices Brown and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any order of the bankruptcy court, we **ORDER** appellee David Cook recover his costs, if any, of this appeal from appellant Dallas Communicators, Inc.

Judgment entered May 21, 2019